IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDAR KAVCIC, PH.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADCOM INC.,<br><br>    Defendant. | Case No. 20-cv-01246-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 2 |

       Before the Court is plaintiff's Administrative Motion to Seal, filed February 19, 2020,[1] whereby plaintiff seeks leave to file under seal the entirety of the Complaint, in light of plaintiff's understanding that defendant has designated it as confidential. Defendant has filed a declaration in response to the Administrative Motion. Having read and considered the parties' respective written submissions, the Court rules as follows.

       At the outset, the Court notes defendant does not assert the entire Complaint should be filed under seal, and, accordingly, the Court, by separate order filed concurrently herewith, has directed the Clerk to unseal the instant case and to place in the public record all filings, other than the unredacted version of the Complaint.[2]

       With respect to the portions of the Complaint defendant asks to be sealed, the Court finds defendant has failed to show good cause for sealing all references to the existence of an agreement between plaintiff and defendant. As to the content of the

---

[1]The matter was reassigned to the undersigned on April 3, 2020.

[2]By order filed February 19, 2020, Judge Gonzalez Rogers conditionally granted the Administrative Motion, pending resolution thereof, and, as of that date, the Clerk, in an abundance of caution, placed all filings under seal.

1 agreement, however, the Court finds sufficient cause has been shown to place such
2 matter under seal, and the Court hereby GRANTS the Administrative Motion with respect
3 to the entirety of Exhibit B to the Complaint, as well as the following portions of the
4 Complaint:

    1. page 2, lines 14-15;

    2. page 7, line 3;

    3. page 7, line 22, through the word "Patent";

    4. page 8, lines 7-12;

    5. page 8, line 18;

    6. page 8, line 19, through the word "Patent";

    7. page 8, lines 23-24;

    8. page 8, lines 25-27

    9. page 9. line 1-3;

    10. page 11, line 23, beginning with the word "as"; and

    11. page 11, line 24.

In all other respects, the Administrative Motion is hereby DENIED.

    Plaintiff is hereby DIRECTED to file in the public record, no later than seven days from the date of this order, a redacted version of the Complaint in conformity with the above.

    **IT IS SO ORDERED.**

Dated: April 10, 2020

MAXINE M. CHESNEY
United States District Judge