United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDAR KAVCIC, PH.D.,

Plaintiff,

v.

BROADCOM INC.,

Defendant.

Case No.  20-cv-01246-MMC

**DIRECTIONS TO CLERK**

The Clerk of Court is hereby DIRECTED to unseal the instant case and to place in the public record all filings, with the exception of Document Nos. 1, 2-5, and 12, each of which shall remain under seal.

**IT IS SO ORDERED.**

Dated: April 10, 2020

_____
MAXINE M. CHESNEY
United States District Judge